IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
F I L E D
JUN - 3 2005
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

Criminal Action No. 05-CR-97

v.

**KERWIN J. BUCCHAN**,

Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Count One of Indictment No. 05-CR-97 against , the **KERWIN J. BUCCHAN** defendant.

The reason(s) for this dismissal are (check one or more):

___ Case transferred to another District

___ Speedy Trial Act

___ Defendant's cooperation

___ Insufficient evidence at this time

_X_ Other: Lack of venue

With respect to this dismissal, defendant (check one):

_X_  Consents

___  Objects

___  Has not been consulted

This dismissal is without prejudice.

           GLENN T. SUDDABY
           United States Attorney

           *S/Edward P. Grogan*

By:  Edward P. Grogan
       Assistant U.S. Attorney
       Bar Roll No. 506388

Leave of court is granted for the filing of the foregoing dismissal.

Dated: June 3, 2005
       Binghamton, New York

           Hon. THOMAS J. McAVOY
           United States District Court Judge

2